```
              IN THE UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF NEW JERSEY
                         CAMDEN VICINAGE
```

| | |
|---|---|
| ROBERT J. DENNIS,<br><br>           Plaintiff,<br><br>    v.<br><br>COUNTY OF ATLANTIC COUNTY, et al.,<br><br>           Defendants. | Civil No. 09-6171 (NLH/AMD) |

## AMENDED SCHEDULING ORDER
## AND ORDER ON INFORMAL APPLICATION

      This Matter having come before the Court by way of letter application dated June 16, 2010 from Daniel M. Kurkowski, Esquire, counsel for plaintiff, for an Order staying discovery; and no opposition having been received on behalf of the defendants; and for good cause shown:

      IT IS this **22nd** day of **June 2010**, hereby **ORDERED**:

      1.  Pretrial factual discovery shall be, and hereby is, stayed.

      2.  The in-person settlement conference on September 15, 2010 and the Final Pretrial Conference on December 13, 2010 are <u>adjourned</u> and will be reset at a later date.

      3.  The Court will conduct a telephone status conference on **August 19, 2010 at 2:00 P.M.**.  Counsel for plaintiff shall initiate the telephone call.

      **THE FAILURE OF A PARTY OR ATTORNEY TO OBEY THIS ORDER MAY RESULT IN IMPOSITION OF SANCTIONS UNDER FED. R. CIV. P. 16(f).**

                                            s/ Ann Marie Donio<br>
                                            ANN MARIE DONIO<br>
                                            United States Magistrate Judge

cc:  Hon. Noel L. Hillman